UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:16-cv-11448-DJC

TERRANCE M. HUMPHRIES,
      Plaintiff,

v.

OFFICER SEAN PAUL,
      Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), the Plaintiff, Terrance M. Humphries, and the Defendant, Officer Sean Paul, hereby stipulate that the above-captioned action, including any and all claims, cross-claims, and counterclaims, and including any and all counts, be dismissed with prejudice and without interest, costs, or attorneys' fees, waiving all rights to appeal.

Dated: _____, 2017

*[Signatures on next page]*

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF,<br>TERRANCE M. HUMPHRIES, | DEFENDANT,<br>OFFICER SEAN PAUL |
| By his attorney, | By his attorneys: |
| | Eugene L. O'Flaherty<br>Corporation Counsel |
| /s/ Andrew G. Bunnell<br>Andrew G. Bunnell, BBO# 670514<br>Scafidi Juliano LLP<br>2 Bennett St.<br>Woburn, MA 01801<br>(781) 210-4710 (t)<br>(781) 210-4711 (f)<br>abunnell@scafidijuliano.com | /s/ M. M. McGarry<br>Nicole M. O'Connor, BBO# 675535<br>Senior Assistant Corporation Counsel<br>Matthew M. McGarry, BBO# 678363<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>Room 615, City Hall<br>Boston, MA 02201<br>(617) 635-4039 (O'Connor)<br>(617) 635-4042 (McGarry)<br>Nicole.OConnor@boston.gov<br>Matthew.McGarry@boston.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I served a true copy of this document on the attorney of record for all parties through the CM/ECF system.

Date: 8/1/2017

/s/ Andrew G. Bunnell
Andrew G. Bunnell